IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHILLIP STEWART                                                                                PLAINTIFF
ADC #151956

v.                                         No. 4:20-cv-517-DPM

RORY GRIFFIN, Deputy Director;
and SONDRA L. PARKER,
Health Service Administrator,
Correct Care Solutions                                                                      DEFENDANTS

JUDGMENT

Stewart's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 May 2020